honey against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

RICH, J., votes to reduce the recovery to the sum of $25,000.

MAIER, Respondent, v. SCHAUMBERGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Michael Maier against Julius Schaumberger. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is no evidence to support it.

MARTER, Respondent, v. CAMBRIDGE ART POTTERY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Lillian A. Marter, as administratrix, etc., of Clarence B. Marter, deceased, against the Cambridge Art Pottery Company. No opinion. Order affirmed, with $10 costs and disbursements.

MAYER v. CONSOLIDATED ICE CO. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Tilbert Mayer against the Consolidated Ice Company. No opinion. Motion granted. Question to be determined on settlement of order. Settle order on notice.

MEEK, Respondent, v. KNOTH, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Leonard Meek against Edmund L. Knoth. H. W. Unger, for appellant. A. Gruber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MENGIS, Appellant, v. CONNOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Morris C. Mengis against William F. Connor and another. No opinion. Judgment and order affirmed, with costs.

METROPOLITAN PRINTING CO. v. MALLARI DISTILLING CO. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by the Metropolitan Printing Company against the Mallari Distilling Company. No opinion. Motion granted, with $10 costs. Order filed.

MILES, Respondent, v. CLEVELAND, C., C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Gwilym Miles against the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILES, Respondent, v. CLEVELAND, C., C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Lily Miles against the Cleveland, Cincinnati, Chicago & St. Louis

Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILLER, Respondent, v. GRODEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by William Miller against Morris Groden. No opinion. Judgment of the Municipal Court affirmed, with costs.

MITCHELL v. CENTRAL MINES DEVELOPMENT CO., Limited. (Supreme Court, Appellate Division. First Department. June 11, 1909.) Appeal from Special Term, New York County. Action by George Mitchell against the Central Mines Development Company, Limited, a corporation. From an order denying a motion for a commission, plaintiff appeals. Reversed. See, also, 124 App. Div. 325, 108 N. Y. Supp. 953. William J. Dawley, for appellant. Franklin Pierce, for respondent.

PER CURIAM. Order appealed from reversed, without costs, and motion for commission on written interrogatories granted, with leave to defendant to submit written cross-interrogatories, or to cross-examine orally, and with leave to plaintiff, if defendant elects to cross-examine orally, to examine witness orally on the redirect.

MOONEY, Respondent, v. MAUSER MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Charles W. Mooney against the Mauser Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

MOORE, Respondent, v. MOORE, Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Gertrude L. Moore against Henry G. Moore. A. Snydecker, for appellant. B. Loewy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re MOTT HAVEN CANAL DOCKS. (Supreme Court, Appellate Division, First Department. May 28, 1909.) In the matter of the Mott Haven Canal Docks. No opinion. Motion granted, with $10 costs. Order filed.

MULLER, Respondent, v. ARISTOCRATIC PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Adrian H. Muller against the Aristocratic Publishing Company. I. N. Jacobson, for appellant. S. N. Carr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MULQUEEN, Respondent, v. VANDERVEER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Joseph P. Mulqueen against George W. Vanderveer. No opinion. Judgment affirmed, with costs.